```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
ALVIN JAMES JOHNSON,            :
                                :
    Plaintiff,                  :
                                :
vs.                             :  CIVIL ACTION 16-0148-KD-M
                                :
WARDEN CARTER DAVENPORT,        :
et al.,                         :
                                :
    Defendant.                  :
```

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 9th day of August 2016.

```
                        s/ Kristi K. DuBose
                        KRISTI K. DUBOSE
                        UNITED STATES DISTRICT JUDGE
```